**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Derrick Lamont HARRIS,
Defendant–Appellant.**

No. 02–6265.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2002.

Decided June 26, 2002.

Derrick Lamont Harris, Appellant Pro Se. Marshall Prince, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Derrick Lamont Harris seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Harris,* Nos. CR–98–1186, CA–01–4182 (D.S.C. filed Dec. 13, 2001; entered Dec. 14, 2001 &

filed Jan. 9, 2002; entered Jan. 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*